IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, John T | Case Number: 04 B 47130 |
|---|---|---|
| | Banks, Brenda L | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 12/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,177.00 | |
| Secured: | | 29,100.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,623.10 |
| Trustee Fee: | | 1,805.19 |
| Other Funds: | | 1,647.76 |
| Totals: | 36,177.00 | 36,177.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 3,623.10 | 3,623.10 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | M&I Home Lending Solutions | Secured | 0.00 | 0.00 |
| 5. | Bank Of America | Secured | 21,453.09 | 21,453.09 |
| 6. | M&I Home Lending Solutions | Secured | 12,730.60 | 7,647.86 |
| 7. | Educational Credit Management Corp | Unsecured | 4,627.44 | 0.00 |
| 8. | Verizon Wireless | Unsecured | 429.81 | 0.00 |
| 9. | JP Morgan Chase Bank | Unsecured | 4,224.33 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 8,055.91 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 429.81 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 5,158.43 | 0.00 |
| 13. | Educational Credit Management Corp | Unsecured | 5,500.00 | 0.00 |
| 14. | AOL Shop Direct | Unsecured | | No Claim Filed |
| 15. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Information Leasing | Unsecured | | No Claim Filed |
| 20. | Farmers Insurance Group | Unsecured | | No Claim Filed |
| 21. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 22. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| | | | $ 66,232.52 | $ 32,724.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, John T | Case Number: 04 B 47130 |
|---|---|---|
| | Banks, Brenda L | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 12/22/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 144.00 |
| 3% | 60.00 |
| 5.5% | 177.48 |
| 5% | 370.00 |
| 4.8% | 196.80 |
| 5.4% | 329.41 |
| 6.5% | 471.25 |
| 6.6% | 56.25 |
| | $ 1,805.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

